UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>Plaintiff,<br><br>v.<br><br>**26 Brix, LLC dba B Cellars,** a California Limited Liability Company;<br><br>Defendants. | Case: No.4:22-CV-00394-HSG<br><br>**ORDER GRANTING JOINT SECOND STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including May 6, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: March 24, 2022

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE